UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHUEMON MANUEL SMITH,

        Defendant.
_____/

Case No. 1:05:CR:177

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge filed November 22, 2005, is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant Shuemon Manuel Smith's plea of guilty to Count Three of the Indictment is accepted.  Defendant Shuemon Manuel Smith is adjudicated guilty.

3.    Defendant Shuemon Manuel Smith shall be detained pending sentencing.

4.    A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report.  See U.S.S.G. Ch. 6.

Dated:  December 8, 2005                                  /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE